THE PEOPLE ex rel. THOMAS SHERIDAN, Appellant, *v.* STEPHEN B. FRENCH et al., Commissioners, etc., Board of Police of New York City, Respondents.

(Submitted January 13, 1890; decided January 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 9, 1884, which affirmed an order of Special Term denying a motion for a peremptory mandamus.

*William L. Snyder* for appellant.

*David J. Dean* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

GEORGE MUNRO, Respondent, *v.* ORMOND G. SMITH et al., Appellants.

(Submitted January 13, 1890; decided January 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 9, 1889, which reversed an order of Special Term granting plaintiff an extra allowance.

*Archibald L. Sessions* for appellants.

*Roger Foster* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THOMAS J. CALVIN, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

THIS case presented the same questions, and was argued and decided with *Harrigan* v. *City of Brooklyn* (*ante*, p. 156).